IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| VICTORIA MARIE JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-059 |
| | ) | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**
_____

Plaintiff filed the above-captioned social security appeal *pro se* on May 18, 2017, and was granted permission to proceed *in forma pauperis*. (Doc. nos. 1, 2, 3.) Thereafter, the Commissioner filed her answer and submitted the transcript of the administrative proceedings. (Doc. nos. 6, 7.) On August 30, 2017, the Court issued a Briefing Order in which Plaintiff was directed to "serve and file a brief setting forth all errors which Plaintiff contends entitle her to relief" within 30 days. (Doc. no. 8, p. 1.) When Plaintiff failed to file her brief by the stated deadline, the Court entered an Order on October 4, 2017 directing Plaintiff to show cause within 14 days why her case should not be dismissed for failure to prosecute. (Doc. no. 9.)

After entry of that show cause order, Plaintiff filed a motion for extension of time to file her brief, indicating she was actively seeking counsel to represent her in this case and

requesting a thirty to forty-five day extension of the briefing deadline. (Doc. no. 10.) The Court granted Plaintiff an extension through and including December 5, 2017 to file her brief. (Doc. no. 11.) When Plaintiff failed to file her brief by the extended deadline, the Court entered another Order on December 6, 2017 directing Plaintiff to show cause within 14 days why her case should not be dismissed for failure to prosecute. (Doc. no. 12.)

After entry of that second show cause order, Plaintiff filed a "Letter of Brief" informing the Court she cannot obtain counsel, requesting her "case . . . be docketed so that [she] may represent [herself]," and asking the Court to "grant the extension mentioned above." (Doc. no. 13.) However, Plaintiff's case has already been docketed, she is already representing herself, and there is no specific extension requested in the letter. Nevertheless, the Court will give Plaintiff one final chance to file her brief.

Therefore, the Court **ORDERS** Plaintiff to file a brief in accordance with its August 30, 2017 Order (doc. no. 8) within thirty (30) days from the date of this Order. Defendant's brief shall be due forty-five (45) days after the service of Plaintiff's brief, and Plaintiff may file a brief in reply to the brief of Defendant within ten (10) days of service of Defendant's brief. If Plaintiff fails to file her brief within thirty days, the Court will presume Plaintiff desires to have this case voluntarily dismissed and will recommend dismissal of this action, without prejudice.

SO ORDERED this 4th day of January, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA